UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>UNITED STATES OF AMERICA</u>   v.   <u>PARIN SUKSUMEK</u>

JOHN W. SEDWICK, CHIEF JUDGE
*for* JUDGE H. RUSSEL HOLLAND

DEPUTY CLERK                          CASE NO. <u>3:04-cr-00126-13-HRH</u>

<u>Pam Richter</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**

    On July 24, 2006, parties were advised of the Court's possession of the above-referenced defendant's passport and were instructed to file a motion to return said item with a proposed Order for the Court's consideration.

    No action having been taken the Finance Office is hereby directed to destroy the passport ten (10) days after entry of this order.

[304cr126-13HRH-mo-destroy-passport.wpd]{IA.WPD*Rev.12/96}